UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2025
```

ERAN HIYA,

          Petitioner,

- against -

UNITED STATES OF AMERICA,

          Respondent.

25 Civ. 5712 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Petitioner Eran Hiya ("Hiya") filed the instant habeas petition on July 10, 2025, noting that the parties have agreed to a full briefing schedule for Hiya's petition. The Court hereby adopts the proposed schedule:

- Hiya's opening brief shall be due July 21, 2025.
- The Government's opposition brief shall be due August 11, 2025.
- Hiya's reply brief shall be due August 24, 2025.

**SO ORDERED.**

Dated:    14 July 2025
            New York, New York

                                          _____
                                               Victor Marrero
                                                 U.S.D.J.