USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/13/2025__

# SHER TREMONTE LLP

August 13, 2025

> The Government is directed to respond on or before August 15, 2025, indicating its position on the below request.
>
> SO ORDERED.
> 8/13/2025
> DATE    VICTOR MARRERO, U.S.D.J.

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Hiya v. United States*, 25-cv-5712 (VM)

Dear Judge Marrero,

 We represent Eran Hiya, the petitioner in the above-referenced case. We write to request an adjournment of the deadline to file the memorandum in support of Mr. Hiya's habeas petition, which is currently due on August 20, 2025. This is our second request for an extension. The government consents to a 30-day extension of the deadline; however, as detailed below, in order to effectively represent our client, we need an extension of at least sixty days, ideally until late October or early November.

 The need for the extension is based on a confluence of circumstances: First, as Your Honor is aware, Mr. Hiya is also a defendant in a matter before this Court, *United States v. Hiya*, 24-cr-282 (VM). Our reply brief on Mr. Hiya's motion to dismiss is due in that matter the same week as the memorandum in the instant case; accordingly, we are focused on completing that briefing. Second, we recently obtained records from the 1989 *Atta* case that was critical to Judge Willis's decision in the underlying extradition matter and we expect will be an important source of authority for this Court in deciding the habeas petition. We need additional time to review and determine how best to make use of these materials. Third, the undersigned is preparing for a trial in the Eastern District that is beginning September 8 and in which the government recently disclosed nearly 40,000 pages of 3500 material. That trial is scheduled to last four-to-five weeks—until the second week of October—hence the need for an extension until late October at the earliest. Finally, Ms. Staropoli, who has been the principal associate working on the memorandum, is beginning parental leave at the end of this week, slightly earlier than expected.

 For all these reasons, we respectfully request an extension of the deadline until late October or early November. We do not anticipate needing any additional extensions.

Hon. Victor Marrero
August 13, 2025
Page 2 of 2

       We appreciate the Court's consideration.

                                                    Respectfully submitted,

                                                   /s/*Noam Biale*
                                                   Noam Biale
                                                   Wes Erdelack
                                                   Krista Staropoli

                                                 *Attorneys for Eran Hiya*

cc:     AUSA Dana McCann (by ECF)