UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/18/2025___

---

ERAN HIYA,

                              Plaintiff,

                - against -

UNITED STATES OF AMERICA,

                              Defendant.

25 Civ. 5712 (VM)

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the parties' letters regarding their respective requests for an extension of the deadline for Hiya to file his opening brief in support of the instant habeas petition. (<u>See</u> Dkt. Nos. 10, 12.)

After reviewing the letters, the Court will grant a 47-day extension for Hiya to file his opening brief in support of his habeas petition. The briefing schedule shall be adjusted as follows:

- Hiya's opening brief shall be due October 6, 2025.

- The Government's opposition brief shall be due October 27, 2025.

- Hiya's reply brief shall be due November 11, 2025.

**SO ORDERED.**

Dated:    18 August 2025
          New York, New York

_____
Victor Marrero
U.S.D.J.