**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ERAN HIYA,

                          Petitioner,                      25 **CIVIL** 5712 (JAV)

        -against-                                  **JUDGMENT**

UNITED STATES OF AMERICA,

                          Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 29, 2026, the Extradition Court correctly certified the extraditability of Hiya to Israel under the U.S.-Israel Extradition Treaty. The Petition for a writ of habeas corpus is thus **DENIED**. Hiya's motion for a stay pending appeal is likewise **DENIED**. Nonetheless, the Court has granted an administrative stay of the opinion and order, to be in effect for one week from the date of the Order and Opinion, to allow Hiya time to file a motion for a stay in the Second Circuit Court of Appeals; accordingly, the case is closed.

**DATED:**  New York, New York
          June 30, 2026

                                **TAMMI M. HELLWIG**

                                _____
                                     **Clerk of Court**

        **BY:**                K. mango

                                  _____
                                     **Deputy Clerk**